# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT RICHARDSON, | : | No. 186 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PRESIDENT JUDGE OF COMMON | : | |
| PLEAS COURT OF PHILADELPHIA | : | |
| COUNTY AND CLERK OF THE COURT | : | |
| OF COMMON PLEAS OF PHILADELPHIA | : | |
| COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.